FORM ordsmis (Rev. 07/19)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Latasha Terrel Murray
    SSN/ITIN: xxx–xx–5528
    Debtor

Bankruptcy Case No.: 21–40031–KKS

Chapter: 13
Judge: Karen K. Specie

### *ORDER DISMISSING CASE*

Upon the Debtor's motion to dismiss or notice of voluntary dismissal of this case pursuant to 11 U.S.C. §1307(b) and Fed. R. Bankr. P. 1017(f)(2), it is

**ORDERED** that:

1. This case is hereby dismissed.

2. If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3. If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Trustee and to enter any and all Orders related to disgorgement and proceedings related thereto. The Trustee shall have fourteen (14) days in which to file an application for said fees. Upon the filing of said fee application, or if no fee application is filed, then the Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s). The Trustee shall hold all funds not remitted to Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

4. The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new petition and the Clerk is authorized to refuse any petition until fees due from prior filings are paid in full. The Court retains jurisdiction to collect all unpaid fees and the Clerk is directed to pursue all available avenues to ensure the fees are collected.

5. All pending hearings are cancelled.

**DONE AND ORDERED** on October 3, 2023.

                                           /s/ Karen K. Specie
                                           Karen K. Specie
                                           U.S. Bankruptcy Judge

**SERVICE:** Counsel for the movant is directed to serve a copy of this order to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service. If Debtor is not represented by counsel or if the Debtor is represented pro bono, the Court will serve the Order in accordance with applicable Rules.